# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

135656

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE WHITTANY LYNN COATES and
BRIANNA NICKOLE CONKLE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

SABRINA NICKOLE CONKLE,
          Respondent-Appellant.

SC: 135656
COA: 278680
Oakland CC
Family Division: 05-713873-NA

_____/

On order of the Court, the application for leave to appeal the December 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008                    _____

s0129                                              Clerk